**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-02783 |
| | § | |
| GLORIA D BAILEY | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>01/29/2016</u>. The undersigned trustee was appointed on <u>01/29/2016</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $50,000.00

       Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $23,364.91 |
| Bank service fees | $77.38 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $18,374.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $8,183.71 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.   The deadline for filing non-governmental claims in this case was <u>05/24/2017</u> and the deadline for filing government claims was <u>05/24/2017</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$3,912.60</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$3,912.60</u>, for a total compensation of <u>$3,912.60</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$17.30,</u> for total expenses of <u>$17.30</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>09/28/2018</u>                    By:   <u>  /s/ David P. Leibowitz                    </u>
                                                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:   1          Exhibit A

| | | |
|---|---|---|
| Case No.: | 16-02783 | |
| Case Name: | BAILEY, GLORIA D | |
| For the Period Ending: | 9/28/2018 | |

| | | |
|---|---|---|
| Trustee Name: | David Leibowitz |
| Date Filed (f) or Converted (c): | 01/29/2016 (f) |
| §341(a) Meeting Date: | 03/01/2016 |
| Claims Bar Date: | 05/24/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 2001 Ford Taurus 186000 miles | $1,243.00 | $0.00 | | $0.00 | FA |
| 2 | 2014 Kia Rio 10000 miles | $9,626.00 | $0.00 | | $0.00 | FA |
| 3 | Used Furniture | $350.00 | $0.00 | | $0.00 | FA |
| 4 | Used Women's Clothing | $350.00 | $0.00 | | $0.00 | FA |
| 5 | Checking account: Fifth Third Bank | $29.00 | $0.00 | | $0.00 | FA |
| 6 | Savings account: Fifth Third Bank | $1.00 | $0.00 | | $0.00 | FA |
| 7 | 2015 Federal Tax Refund (EIC: $4155 / CTC: $2000) | $6,401.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 5/11/16 (dkt no. 23) | | | | | |
| 8 | 2856 140TH ST, BLUE ISLAND IL 60406-3346 28-01-319-016-0000 **(u)** | $47,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor's name is not actually on the deed - only on the mortgage; deed is in the name of her ex-husband. | | | | | |
| 9 | Personal Injury Suit - Mesh Implant Procedure **(u)** | Unknown | $31,626.00 | | $50,000.00 | FA |
| Asset Notes: | Updated per amended schedules filed 2/15/17 (dkt no. 33); settled Debtor's claim in multi-district tort litigation per order entered 03/29/2018 (dkt no. 52). | | | | | |

TOTALS (Excluding unknown value)

Gross Value of Remaining Assets

|  | $65,500.00 | $31,626.00 | | $50,000.00 | $0.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 02/12/2018 | |
| Current Projected Date Of Final Report (TFR): | 09/30/2018 | /s/ DAVID LEIBOWITZ |
| | | DAVID LEIBOWITZ |

Page No: 1      Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02783 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BAILEY, GLORIA D | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3351 | | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/29/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/28/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 05/17/2018 | | Mostyn Coloplast Qualified Settlement Fund | Proceeds from Coloplast Mesh Settlement (per order entered 03/29/2018 (dkt no. 52) | * | $48,575.00 | | $48,575.00 |
| | {9} | | Proceeds from Coloplast Mesh Settlement $50,000.00 (per order entered 03/29/2018 (dkt no. 52) | 1242-000 | | | $48,575.00 |
| | | | Multi-District Litigation Plaintiff Steering $(1,000.00) Committee Fee (per motion and settlement order at docket nos. 51 and 52) | 2990-000 | | | $48,575.00 |
| | | | Lien Resolution Fee (per motion and $(425.00) settlement order at docket nos. 51 and 52) | 2990-000 | | | $48,575.00 |
| 05/21/2018 | 3001 | GLORIA BAILEY | Debtor's Exempt Portion of Personal Injury Settlement | 8100-002 | | $18,374.00 | $30,201.00 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $28.70 | $30,172.30 |
| 06/22/2018 | 3002 | AkinMears, GP | Attorney Fees Pursuant to Contingency Agreement (Docket #56) | 3210-600 | | $7,125.00 | $23,047.30 |
| 06/22/2018 | 3003 | Bailey Peavy Bailey, PLLC | Attorney Fees Pursuant to Contingency Agreement (Docket #56) | 3210-600 | | $11,875.00 | $11,172.30 |
| 06/22/2018 | 3004 | Bailey Peavy Bailey, PLLC | Expenses Pursuant to Contingency Agreement (Docket #56) | 3220-610 | | $2,939.91 | $8,232.39 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $48.68 | $8,183.71 |

| | | | | **SUBTOTALS** | $48,575.00 | $40,391.29 | |

FORM 2

Page No: 2          Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-02783 | |
| Case Name: | BAILEY, GLORIA D | |
| Primary Taxpayer ID #: | **-***3351 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 1/29/2016 | |
| For Period Ending: | 9/28/2018 | |

| | | |
|---|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******8301 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $48,575.00 | $40,391.29 | $8,183.71 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $48,575.00 | $40,391.29 | |
| | | | Less: Payments to debtors | | $0.00 | $18,374.00 | |
| | | | Net | | $48,575.00 | $22,017.29 | |

| For the period of 1/29/2016 to 9/28/2018 | | For the entire history of the account between 05/17/2018 to 9/28/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $50,000.00 | Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 | Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $23,442.29 | Total Compensable Disbursements: | $23,442.29 |
| Total Non-Compensable Disbursements: | $18,374.00 | Total Non-Compensable Disbursements: | $18,374.00 |
| Total Comp/Non Comp Disbursements: | $41,816.29 | Total Comp/Non Comp Disbursements: | $41,816.29 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 3       Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 16-02783 |
| Case Name: | BAILEY, GLORIA D |
| Primary Taxpayer ID #: | **-***3351 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/29/2016 |
| For Period Ending: | 9/28/2018 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******8301 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $48,575.00 | $40,391.29 | $8,183.71 |

**For the period of 1/29/2016 to 9/28/2018**

| | |
|---|---|
| Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,442.29 |
| Total Non-Compensable Disbursements: | $18,374.00 |
| Total Comp/Non Comp  Disbursements: | $41,816.29 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the case between 01/29/2016 to 9/28/2018**

| | |
|---|---|
| Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,442.29 |
| Total Non-Compensable Disbursements: | $18,374.00 |
| Total Comp/Non Comp  Disbursements: | $41,816.29 |
| Total Internal/Transfer  Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 16-02783 | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | BAILEY, GLORIA D | | | | | | | Date: | 9/28/2018 |
| Claims Bar Date: | 05/24/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $3,912.60 | $0.00 | $0.00 | $0.00 | $3,912.60 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $17.30 | $0.00 | $0.00 | $0.00 | $17.30 |
| | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br><br>219 S. Dearborn Street Suite 713 Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $260.00 | $0.00 | $0.00 | $0.00 | $260.00 |
| | LAKELAW<br><br>53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $111.03 | $0.00 | $0.00 | $0.00 | $111.03 |
| | LAKELAW<br><br>53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,830.00 | $0.00 | $0.00 | $0.00 | $1,830.00 |
| | BAILEY PEAVY BAILEY, PLLC<br><br>55 Waugh, Ste. 803 Houston TX 77007 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $2,939.91 | $2,939.91 | $0.00 | $0.00 | $0.00 |
| | AKINMEARS, GP<br><br>5847 San Felipe St. 45th Floor Houston TX 77057 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $7,125.00 | $7,125.00 | $0.00 | $0.00 | $0.00 |

| Case No. | 16-02783 | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | BAILEY, GLORIA D | | | | | | Date: | 9/28/2018 |
| Claims Bar Date: | 05/24/2017 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | BAILEY PEAVY BAILEY, PLLC<br><br>3737 Buffalo Speedway Suite 1850 Houston TX 77098 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $11,875.00 | $11,875.00 | $0.00 | $0.00 | $0.00 |
| 2 | REGIONAL ACCEPTANCE CORPORATION Bankruptcy Section/100-50-01-51 PO Box 1847 Wilson NC 27894 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $10,140.77 | $0.00 | $0.00 | $0.00 | $10,140.77 |
| 3 | NICOR GAS<br><br>PO Box 549 Aurora 60507 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $248.90 | $0.00 | $0.00 | $0.00 | $248.90 |
| 4 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS assignee of FNBM, LLC Resurgent Capital Services PO Box 10587 Greenville SC 29603-0587 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Time-Barred - Claim withdrawn 6/5/17 (dkt 41) | | | | | | | | |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>MOMA Funding LLC PO Box 788 Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $277.89 | $0.00 | $0.00 | $0.00 | $277.89 |
| | | | | | $38,738.40 | $21,939.91 | $0.00 | $0.00 | $16,798.49 |

| | |
|---|---|
| Case No. | 16-02783 |
| Case Name: | BAILEY, GLORIA D |
| Claims Bar Date: | 05/24/2017 |

Trustee Name: David Leibowitz
Date: 9/28/2018

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $111.03 | $111.03 | $0.00 | $0.00 | $0.00 | $111.03 |
| Attorney for Trustee Fees (Trustee Firm) | $1,830.00 | $1,830.00 | $0.00 | $0.00 | $0.00 | $1,830.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $260.00 | $260.00 | $0.00 | $0.00 | $0.00 | $260.00 |
| General Unsecured § 726(a)(2) | $11,634.19 | $10,389.67 | $0.00 | $0.00 | $0.00 | $10,389.67 |
| Payments to Unsecured Credit Card Holders | $277.89 | $277.89 | $0.00 | $0.00 | $0.00 | $277.89 |
| Special Counsel for Trustee Expenses | $2,939.91 | $2,939.91 | $2,939.91 | $0.00 | $0.00 | $0.00 |
| Special Counsel for Trustee Fees | $19,000.00 | $19,000.00 | $19,000.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $3,912.60 | $3,912.60 | $0.00 | $0.00 | $0.00 | $3,912.60 |
| Trustee Expenses | $17.30 | $17.30 | $0.00 | $0.00 | $0.00 | $17.30 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      16-02783
Case Name:     GLORIA D BAILEY
Trustee Name:  David P. Leibowitz

Balance on hand:                    $8,183.71

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:                          $8,183.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $3,912.60 | $0.00 | $3,912.60 |
| David P. Leibowitz, Trustee Expenses | $17.30 | $0.00 | $17.30 |
| Lakelaw, Attorney for Trustee Fees | $1,830.00 | $0.00 | $1,830.00 |
| Lakelaw, Attorney for Trustee Expenses | $111.03 | $0.00 | $111.03 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $260.00 | $0.00 | $260.00 |
| Other: AkinMears, GP, Special Counsel for Trustee Fees | $7,125.00 | $7,125.00 | $0.00 |
| Other: Bailey Peavy Bailey, PLLC, Special Counsel for Trustee Fees | $11,875.00 | $11,875.00 | $0.00 |
| Other: Bailey Peavy Bailey, PLLC, Special Counsel for Trustee Expenses | $2,939.91 | $2,939.91 | $0.00 |

Total to be paid for chapter 7 administrative expenses:          $6,130.93
Remaining balance:                          $2,052.78

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:                          $2,052.78

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,052.78 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,667.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $277.89 | $0.00 | $53.47 |
| 2 | Regional Acceptance Corporation | $10,140.77 | $0.00 | $1,951.41 |
| 3 | Nicor Gas | $248.90 | $0.00 | $47.90 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $2,052.78 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |