**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GLORIA D BAILEY | ) | |
| | ) | Bankruptcy No. 16-02783 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 10, 2018, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date: October10, 2018                                                   /s/ Rachel A. Leibowitz
                                                                                              Paralegal

Lakelaw
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
312.360.1501

## **SERVICE LIST**

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847

Nicor Gas
PO Box 549
Aurora IL 60507

LVNV Funding, LLC its successors and assigns as
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Gloria D. Bailey
2856 W. 140th Street
Blue Island, IL 60406

Amy E. Donahue*
The Semrad Law Firm, LLC
20 S Clark St, Suite 2800
Chicago, IL 60603

United States Trustee Patrick S. Layng*
Office of the United States Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604