**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-02783 |
| | § | |
| GLORIA D BAILEY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $57,956.00 | Assets Exempt: | $25,918.00 |
| Total Distributions to Claimants: | $2,052.78 | Claims Discharged Without Payment: | $18,457.78 |
| Total Expenses of Administration: | $29,573.22 | | |

3) Total gross receipts of $50,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $18,374.00 (see **Exhibit 2),** yielded net receipts of $31,626.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $15,272.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $29,573.22 | $29,573.22 | $29,573.22 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $21,348.00 | $11,912.08 | $10,667.56 | $2,052.78 |
| **Total Disbursements** | $36,620.00 | $41,485.30 | $40,240.78 | $31,626.00 |

4). This case was originally filed under chapter 7 on 01/29/2016. The case was pending for 35 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2018        By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Suit - Mesh Implant Procedure | 1242-000 | $50,000.00 |
| **TOTAL GROSS RECEIPTS** | | $50,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| GLORIA BAILEY | Exemptions | 8100-002 | $18,374.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $18,374.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CARFINANCE.COM | 4110-000 | $14,442.00 | $0.00 | $0.00 | $0.00 |
| | Title Max Title Loan | 4110-000 | $830.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $15,272.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $3,912.60 | $3,912.60 | $3,912.60 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $17.30 | $17.30 | $17.30 |
| Green Bank | 2600-000 | NA | $77.38 | $77.38 | $77.38 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| Lien Resolution Fee (per motion and settlement order at docket nos. 51 and 52) | 2990-000 | NA | $425.00 | $425.00 | $425.00 |
| Multi-District Litigation Plaintiff | 2990-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Steering Committee Fee (per motion and settlement order at docket nos. 51 and 52) | | | | | |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,830.00 | $1,830.00 | $1,830.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $111.03 | $111.03 | $111.03 |
| AkinMears, GP, Special Counsel for Trustee | 3210-600 | NA | $7,125.00 | $7,125.00 | $7,125.00 |
| Bailey Peavy Bailey, PLLC, Special Counsel for Trustee | 3210-600 | NA | $11,875.00 | $11,875.00 | $11,875.00 |
| Bailey Peavy Bailey, PLLC, Special Counsel for Trustee | 3220-610 | NA | $2,939.91 | $2,939.91 | $2,939.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $29,573.22 | $29,573.22 | $29,573.22 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-900 | $279.00 | $277.89 | $277.89 | $53.47 |
| 2 | Regional Acceptance Corporation | 7100-000 | $10,238.00 | $10,140.77 | $10,140.77 | $1,951.41 |
| 3 | Nicor Gas | 7100-000 | $386.00 | $248.90 | $248.90 | $47.90 |
| 4 | LVNV Funding, LLC its successors and assigns as | 7100-000 | $602.00 | $1,244.52 | $0.00 | $0.00 |
| | AFNI, INC. | 7100-000 | $1,191.00 | $0.00 | $0.00 | $0.00 |
| | Americash | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | CHASE | 7100-000 | $1,600.00 | $0.00 | $0.00 | $0.00 |
| | Check 'N Go | 7100-000 | $1,200.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago Parking | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $218.00 | $0.00 | $0.00 | $0.00 |
| | ComEd | 7100-000 | $423.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  | GE Money Bank | 7100-000 | $938.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
|  | SOUTHWEST CREDIT SYSTE | 7100-000 | $217.00 | $0.00 | $0.00 | $0.00 |
|  | State Farm Insurance | 7100-000 | $1,948.00 | $0.00 | $0.00 | $0.00 |
|  | THE BUREAUS INC | 7100-000 | $1,558.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $21,348.00 | $11,912.08 | $10,667.56 | $2,052.78 |

Case 16-02783    Doc 66    Filed 02/12/19    Entered 02/12/19 11:37:17    Desc Main
                                 Document      Page 5 of 9

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 16-02783 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BAILEY, GLORIA D | | Date Filed (f) or Converted (c): | 01/29/2016 (f) |
| For the Period Ending: | 12/13/2018 | | §341(a) Meeting Date: | 03/01/2016 |
| | | | Claims Bar Date: | 05/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2001 Ford Taurus 186000 miles | $1,243.00 | $0.00 | | $0.00 | FA |
| 2  2014 Kia Rio 10000 miles | $9,626.00 | $0.00 | | $0.00 | FA |
| 3  Used Furniture | $350.00 | $0.00 | | $0.00 | FA |
| 4  Used Women's Clothing | $350.00 | $0.00 | | $0.00 | FA |
| 5  Checking account: Fifth Third Bank | $29.00 | $0.00 | | $0.00 | FA |
| 6  Savings account: Fifth Third Bank | $1.00 | $0.00 | | $0.00 | FA |
| 7  2015 Federal Tax Refund (EIC: $4155 / CTC: $2000) | $6,401.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Updated per amended schedules filed 5/11/16 (dkt no. 23) | | | | | |
| 8  2856 140TH ST, BLUE ISLAND IL 60406-3346  28-01-319-016-0000  (u) | $47,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Debtor's name is not actually on the deed - only on the mortgage; deed is in the name of her ex-husband. | | | | | |
| 9  Personal Injury Suit - Mesh Implant Procedure  (u) | Unknown | $31,626.00 | | $50,000.00 | FA |
| Asset Notes:  Updated per amended schedules filed 2/15/17 (dkt no. 33); settled Debtor's claim in multi-district tort litigation per order entered 03/29/2018 (dkt no. 52). | | | | | |

**TOTALS (Excluding unknown value)**              **Gross Value of Remaining Assets**

$65,500.00     $31,626.00     $50,000.00     $0.00

| Initial Projected Date Of Final Report (TFR): | 02/12/2018 | Current Projected Date Of Final Report (TFR): | 09/30/2018 | /s/ DAVID LEIBOWITZ |
|---|---|---|---|---|
| | | | | DAVID LEIBOWITZ |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-02783 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | BAILEY, GLORIA D | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3351 | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/29/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/17/2018 | | Mostyn Coloplast Qualified Settlement Fund | Proceeds from Coloplast Mesh Settlement (per order entered 03/29/2018 (dkt no. 52) | * | $48,575.00 | | $48,575.00 |
| | {9} | | Proceeds from Coloplast Mesh Settlement  $50,000.00 (per order entered 03/29/2018 (dkt no. 52) | 1242-000 | | | $48,575.00 |
| | | | Multi-District Litigation Plaintiff Steering  $(1,000.00) Committee Fee (per motion and settlement order at docket nos. 51 and 52) | 2990-000 | | | $48,575.00 |
| | | | Lien Resolution Fee (per motion and  $(425.00) settlement order at docket nos. 51 and 52) | 2990-000 | | | $48,575.00 |
| 05/21/2018 | 3001 | GLORIA BAILEY | Debtor's Exempt Portion of Personal Injury Settlement | 8100-002 | | $18,374.00 | $30,201.00 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $28.70 | $30,172.30 |
| 06/22/2018 | 3002 | AkinMears, GP | Attorney Fees Pursuant to Contingency Agreement (Docket #56) | 3210-600 | | $7,125.00 | $23,047.30 |
| 06/22/2018 | 3003 | Bailey Peavy Bailey, PLLC | Attorney Fees Pursuant to Contingency Agreement (Docket #56) | 3210-600 | | $11,875.00 | $11,172.30 |
| 06/22/2018 | 3004 | Bailey Peavy Bailey, PLLC | Expenses Pursuant to Contingency Agreement (Docket #56) | 3220-610 | | $2,939.91 | $8,232.39 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $48.68 | $8,183.71 |
| 11/02/2018 | 3005 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: $260.00; Distribution Dividend: 100.00%; | 2700-000 | | $260.00 | $7,923.71 |
| 11/02/2018 | 3006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $17.30 | $7,906.41 |
| 11/02/2018 | 3007 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $3,912.60 | $3,993.81 |
| 11/02/2018 | 3008 | Lakelaw | Claim #: ; Amount Claimed: $1,830.00; Distribution Dividend: 100.00%; | 3110-000 | | $1,830.00 | $2,163.81 |
| 11/02/2018 | 3009 | Lakelaw | Claim #: ; Amount Claimed: $111.03; Distribution Dividend: 100.00%; | 3120-000 | | $111.03 | $2,052.78 |
| 11/02/2018 | 3010 | Quantum3 Group LLC as agent for | Claim #: 1; Amount Claimed: $277.89; Distribution Dividend: 19.24%; | 7100-900 | | $53.47 | $1,999.31 |
| 11/02/2018 | 3011 | Regional Acceptance Corporation | Claim #: 2; Amount Claimed: $10,140.77; Distribution Dividend: 19.24%; | 7100-000 | | $1,951.41 | $47.90 |

SUBTOTALS  $48,575.00  $48,527.10

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02783 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BAILEY, GLORIA D | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3351 | | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/29/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/02/2018 | 3012 | Nicor Gas | Claim #: 3; Amount Claimed: $248.90; Distribution Dividend: 19.24%; | 7100-000 | | $47.90 | $0.00 |
| | | | **TOTALS:** | | $48,575.00 | $48,575.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $48,575.00 | $48,575.00 | |
| | | | Less: Payments to debtors | | $0.00 | $18,374.00 | |
| | | | **Net** | | $48,575.00 | $30,201.00 | |

For the period of 1/29/2016 to 12/13/2018

| | |
|---|---|
| Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $31,626.00 |
| Total Non-Compensable Disbursements: | $18,374.00 |
| Total Comp/Non Comp Disbursements: | $50,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 05/17/2018 to 12/13/2018

| | |
|---|---|
| Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $31,626.00 |
| Total Non-Compensable Disbursements: | $18,374.00 |
| Total Comp/Non Comp Disbursements: | $50,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 16-02783 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | BAILEY, GLORIA D | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***3351 | **Checking Acct #:** | ******8301 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 1/29/2016 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/13/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $48,575.00 | $48,575.00 | $0.00 |

**For the period of 1/29/2016 to 12/13/2018**

| | |
|---|---|
| Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $31,626.00 |
| Total Non-Compensable Disbursements: | $18,374.00 |
| Total Comp/Non Comp Disbursements: | $50,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/29/2016 to 12/13/2018**

| | |
|---|---|
| Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $31,626.00 |
| Total Non-Compensable Disbursements: | $18,374.00 |
| Total Comp/Non Comp Disbursements: | $50,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ